**LaMonica Herbst & Maniscalco LLP**
3305 Jerusalem Avenue
Wantagh, New York 11793
Telephone: (516) 826-6500
Joseph S. Maniscalco, Esq.
Holly R. Holecek, Esq.
Nicholas C. Rigano, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 7 |
| INNOVEST HOLDINGS, LLC, | Case No.: 13-22748-RDD |
| Debtor. | |

-------------------------------------------------------------------x

| | |
|---|---|
| MARIANNE T. O'TOOLE, CHAPTER 7 TRUSTEE OF THE ESTATE OF INNOVEST HOLDINGS, LLC, | Adv. Pro. No.: 15-08251-SHL |
| Plaintiff, | |
| -against- | |
| MAREK JAROSZ, JOHN DOE "1" THROUGH "100", JANE DOE "1" THROUGH "100", JOHN DOE CORPORATIONS "1" THROUGH "100", and OTHER JOHN DOE ENTITIES "1" THROUGH "100", | |
| Defendants. | |

-------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                          ss:
COUNTY OF NASSAU    )

**CHRISTINE VITIELLO**, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Nassau County, New York.

On June 14, 2016, deponent served the **Letter to Honorable Sean H. Lane regarding Defendant's discovery deficiencies [Dkt. No. 24]** by Email and/or Overnight Delivery upon the attorneys/parties listed below.

To:
**By Email and Overnight Delivery**
Marek Jarosz
ul. Morelowa 27/11
65-434 Zielona Gora, Poland
*Email*

Courtesy Copy:
**By Email**
Marianne T. O'Toole, as Chapter 7 Trustee

                *s/Christine Vitiello*
                Christine Vitiello

Sworn to before me this
14th day of June 2016

*s/Angela Colucci*
Angela Colucci
Notary Public, State of New York
No. 4674875
Qualified in Nassau County
Commission Expires July 31, 2018